IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHAWN PETTIT                                                                                              PLAINTIFF

v.                                                     Case No. 4:25-cv-04059

SPECIAL AGENT JUSTIN GARNER;
SPECIAL AGENT GREG HARPER;
SPECIAL AGENT ADENDREA;
SPECIAL AGENT JOHN DOE;
PROSECUTOR JANA BRADFORD;
DEPUTY PROSECUTOR AARON BRASSEL;
and JUDGE BRIAN CHESHIRE                                                                      DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on October 9, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Singleton conducted a preservice screening of Plaintiff Jason Shawn Pettit's amended complaint and now recommends that the Court dismiss Plaintiff's Claim One—that Defendants Cheshire, Bradford, and Brassel violated Plaintiff's constitutional rights by revoking his bond and holding him incarcerated—for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and (2). Specifically, Judge Singleton finds that Defendants Cheshire and Brassel enjoy judicial and prosecutorial immunity from suit, and that Plaintiff failed to allege any facts against Defendant Bradford. Judge Singleton finds that Plaintiff has sufficiently stated claims upon which relief may be granted for his Claims Two and Three against the other Defendants.[1]

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

---

[1] Under Claim Two, Plaintiff asserts that Defendants Harper, Garner, Adandrea, and Doe violated his constitutional rights by illegally searching the house he was in and arresting him. Under Claim Three, Plaintiff asserts that Defendant Walraven and Butler violated his constitutional rights by denying his medical care and providing unconstitutional conditions of confinement. (ECF No. 1).

has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, Plaintiff's claims against Defendants Cheshire, Brassel, and Bradford are **DISMISSED**. The Clerk is **DIRECTED** to terminate Defendants Cheshire, Brassel, and Bradford from the docket. Plaintiff's other claims remain.

    **IT IS SO ORDERED**, this 9th day of January, 2026.

                                             /s/ Susan O. Hickey  
                                             Susan O. Hickey  
                                             United States District Judge