IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHAWN PETTIT                                                                                    PLAINTIFF

v.                                                  Case No. 4:25-cv-04059

JUSTIN GARNER, Drug Task Force;
GREG HARPER, Supervisor, Drug Task
Force; SPECIAL AGENT ADENDREA,
Drug Task Force; and SPECIAL AGENT
JOHN DOE, Drug Task Force                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 5, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 24). Judge Singleton recommends that Plaintiff's amended complaint be dismissed without prejudice for failure to obey court orders and failure to prosecute. (ECF No. 24, at 3).

Plaintiff has not objected to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 24) *in toto*. Accordingly, the Court finds that Plaintiff's amended complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 6th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Report and Recommendation was returned as undeliverable, and Plaintiff has not provided a new address. (ECF No. 25).